**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 07-6401**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ELBERT THOMAS KNIGHT,

Defendant - Appellant.

―――――――――

**No. 07-6402**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ELBERT THOMAS KNIGHT,

Defendant - Appellant.

―――――――――

Appeals from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Raymond A. Jackson, District
Judge.   (2:96-cr-00196-HCM; 2:00-cr-00056-RAJ)

―――――――――

Submitted:  October 11, 2007       Decided:  October 16, 2007

―――――――――

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Elbert Thomas Knight, Appellant Pro Se. James Ashford Metcalfe, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Elbert Thomas Knight appeals the district court's order denying reconsideration of his motion seeking an order to compel the Government to file a motion to reduce his sentence based on substantial assistance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Knight</u>, Nos. 2:96-cr-00196-HCM; 2:00-cr-00056-RAJ (E.D. Va. filed Feb. 27, 2007; entered Feb. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>